ENTER / JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MELISSA GARCIA,<br>    Petitioner,<br>v.<br>WARDEN,<br>    Respondent. | Case No. CV 11-4288 GAF (AN)<br>JUDGMENT |

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice for the reasons set forth in the related Order.

Dated: June 6, 2011

_____
GARY A. FEES
UNITED STATES DISTRICT JUDGE

